```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


THE ALPHAS COMPANY, INC.,
     Plaintiff,



     v.                                    CIVIL ACTION NO.
                                           12-10049-MBB


DEAN TUCKER FARMS PRODUCE, INC.,
     Defendants.
```

### FINAL JUDGMENT

### June 17, 2013

**BOWLER, U.S.M.J.**

The issues having been duly heard and decisions rendered by this court, it is **ORDERED** and **ADJUDGED** that defendant Dean Tucker Farms Produce, Inc. recover from plaintiff The Alphas Company, Inc. the amount of $27,921.64.

                                    /s/ Marianne B. Bowler
                                    **MARIANNE B. BOWLER**
                                    United States Magistrate Judge